UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Case No.: 3:19CR70WHR |
| | : |
| Plaintiff, | : **MOTION TO CONTINUE SENTENCING** |
| | : **HEARING** |
| vs. | : |
| | : |
| **JAMES ALFRED MAYHUGH,** | : |
| | : |
| Defendant. | : |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Southern District of Ohio, hereby moves the Court to continue the sentencing hearing currently scheduled for August 19, 2019. The United States requires additional time to prepare for this matter. The United States therefore respectfully requests that the Court grant this motion to continue and reset this hearing to a new date.

DATED: August 12, 2019　　　　Respectfully submitted,

　　　　　　　　　　　　　　　BENJAMIN C. GLASSMAN
　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　s/ Brent Tabacchi
　　　　　　　　　　　　　　　BRENT G. TABACCHI (6276029 IL)
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　602 Federal Building
　　　　　　　　　　　　　　　200 West Second Street
　　　　　　　　　　　　　　　Dayton, OH  45402
　　　　　　　　　　　　　　　brent.tabacchi@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that, on August 12, 2019, a copy of the foregoing was served on defendant's counsel via the Court's ECF system.

                                          s/Brent G. Tabacchi
                                          BRENT G. TABACCHI
                                          Assistant United States Attorney